UNITED STATES of America,
Plaintiff–Appellee,

v.

Enrique  RECILLAS–GOROSTIETA,
also known as Gerardo Martinez, also
known as Francisco Gonzalez, Defen-
dant–Appellant.

No. 05–11164
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Nancy E. Larson, Assistant U.S. Attor-
ney, Bret E. Helmer, U.S. Attorney's Of-
fice, Northern District of Texas, Fort
Worth, TX, for Plaintiff–Appellee.

Peter Michael Fleury, Assistant Federal
Public Defender, William Ernest Hermes-
meyer, Federal Public Defender's Office,
Northern District of Texas, Fort Worth,
TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY,
Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Enrique Recillas–Gorostieta raises
arguments that are foreclosed by *Almen-
darez–Torres v. United States,* 523 U.S.
224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Govern-

---

ment's motion for summary affirmance is
GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.